IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable R. Brooke Jackson

Civil Action No. 12-cv-02926-RBJ

AURORA BANK, a Federal Savings Bank,

      Plaintiff,

v.

FIRST RESIDENTIAL MORTGAGE SERVICES CORPORATION,
A New Jersey Corporation,

      Defendant.

---

AMENDED ORDER SETTING TRIAL AND TRIAL PREPARATION CONFERENCE

---

This matter has been scheduled for **two two-day "mini" bench trials** on the docket of

Judge R. Brooke Jackson in the U.S. District Courthouse, Courtroom A902, 9th Floor, 901 19th

Street, Denver, Colorado, to commence on **April 7, 2014 and April 14, 2014 at 9:00 a.m.**

A Trial Preparation Conference is set for **March 21, 2014 at 1:00 p.m.** Counsel who will

try the case shall attend in person.

During the Trial Preparation Conference the parties should be prepared to address:

witnesses and evidence, anticipated evidentiary issues, stipulations as to fact, and any other issue

affecting the duration or course of the trial

For additional information, please review my practice standards located at

www.cod.uscourts.gov/Judges/Judges.aspx.

DATED this 20th day of March, 2013.

BY THE COURT:

_____

R. Brooke Jackson
United States District Judge