IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable R. Brooke Jackson

Civil Action No. 12-cv-02926-RBJ

AURORA BANK, a Federal Savings Bank,

      Plaintiff,

v.

FIRST RESIDENTIAL MORTGAGE SERVICES CORPORATION,
A New Jersey Corporation,

      Defendant.

---

ORDER RE: UNOPPOSED MOTION TO STAY ALL UPCOMING CASE DEADLINES

---

THIS COURT, upon review of Aurora's unopposed motion and being sufficiently

advised, hereby GRANTS Aurora's motion and ORDERS that all deadlines will be stayed in this

matter, including trial, until such time as the Court rules on Aurora's motion for summary

judgment, which shall be filed no later than November 27, 2013, or resolution of any bankruptcy

filed by First Residential, whichever comes first.

DATED this 21st day of November, 2013.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge

1