**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  12-cv-02926-RBJ

AURORA COMMERCIAL CORP.,

    Plaintiff,

v.

FIRST RESIDENTIAL MORTGAGE SERVICES CORPORATION,

    Defendant.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the ORDER [Docket No. 34] of Judge R. Brooke Jackson entered on February 4, 2014, granting Summary Judgment, it is

ORDERED that Plaintiff AURORA COMMERCIAL CORP., recover from the Defendant FIRST RESIDENTIAL MORTGAGE SERVICES CORPORATION, the amount of one million forty-two thousand four hundred eighty-eight dollars and ninety three cents ($1,042,488.93) plus post-judgment interest at the rate of 0.11 percent.  Accordingly, judgment is entered in favor of  Plaintiff AURORA COMMERCIAL CORP. and against Defendant FIRST RESIDENTIAL MORTGAGE SERVICES CORPORATION.

The plaintiff is **AWARDED** costs, to be taxed by the Clerk of the Court pursuant to the procedures set forth in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 5th day of February, 2014.

                                        FOR THE COURT:
                                        JEFFREY P. COLWELL, CLERK

                                        By: s/Julie Dynes
                                        Julie Dynes, Deputy Clerk